DANIEL BRODERICK, Bar #89424
Federal Defender
BENJAMIN GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARLOS CHAVIRA-ANGELES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. Cr.S. 12-0040-JAM |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) STATUS CONFERENCE |
| | ) |
| CARLOS CHAVIRA-ANGELES, | ) Date:   March 20, 2012 |
| | ) Time:   9:30 a.m. |
| Defendant. | ) Judge:  Honorable John A. Mendez |
| | ) |
| _____ | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECWITH, Assistant United States Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant Federal Defender, attorney for defendant, that the status conference set for March 6, 2012, at 1:30 p.m., be rescheduled for a change of plea/sentencing hearing to March 20, 2012, at 9:30 a.m..

This continuance is being requested as the parties have reached a tentative resolution of the matter, but defense counsel needs additional time to review the probation officer's pre-plea Presentence

1  Report and the plea agreement, and to advise the defendant.  The

2  parties agree that time under the Speedy Trial Act should be excluded

3  from the date of this stipulation, February 29, 2012, through and

4  including March 20, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and

5  (B)(iv), for preparation of defense counsel, and Local Code T4.

6

7  Dated: February 29, 2012        Respectfully submitted,

8                                  DANIEL BRODERICK
                                    Federal Defender
9

10                                 /s/ Ben Galloway
                                    BENJAMIN GALLOWAY
11                                  Assistant Federal Defender
                                    Attorney for Defendant
12

13

14 Dated: February 29, 2012        BENJAMIN B. WAGNER
                                    United States Attorney

15                                 /s/ Benjamin Galloway for
                                    MICHELE BECKWITH
16                                  Assistant U.S. Attorney
                                    Attorney for Plaintiff
17

18                      **O R D E R**

19      Based on the stipulation of the parties and good cause appearing

20 therefrom, the Court hereby finds that the failure to grant a

21 continuance in this case would deny defense counsel reasonable time

22 necessary for effective preparation, taking into account the exercise

23 of due diligence.  The Court specifically finds that the ends of

24 justice served by the granting of such continuance outweigh the

25 interests of the public and the defendant in a speedy trial.  Based on

26 these findings and pursuant to the stipulation of the parties, the

27 Court hereby adopts the stipulation of the parties in its entirety as

28 its order.  Time is excluded from computation of time within which the

trial of this matter must be commenced beginning from the date of the stipulation, February 29, 2012, through and including March 20, 2012. pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new change of plea/sentencing hearing date is hereby set for March 20, 2012, at 9:30 a.m..

DATED: 2/29/2012                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Court Judge